UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:23-CR-77 |
| ) | |
| TYRUS L. VEALS ) | |

## ORDER OF FORFEITURE

This matter having come before the Court upon Motion by the United States of America for the entry of an *Order of Forfeiture:*

WHEREAS, on August 16, 2023, Tyrus L. Veals was charged by way of a two count Indictment with Access Device Fraud in violation of 18 U.S.C. § 1029(a)(2) and (a)(5);

WHEREAS, the Indictment sought forfeiture pursuant to 18 U.S.C. §§ 982(a)(2), 982(b)(1), and 28 U.S.C. § 2461(c) of any property which constitutes or is derived from proceeds traceable to such offenses;

WHEREAS, the Indictment further stated that the government would seek a money judgment against the defendant representing the amount of proceeds obtained as a result of the offenses;

WHEREAS, On February 20, 2024, the defendant pled guilty pursuant to a Plea Agreement with the United States in which he agreed to plead guilty to Count 1 of the Indictment. The defendant further agreed to the entry of a

forfeiture money judgment in the amount of $127,667. The defendant acknowledged that the amount of the money judgment represents the amount of proceeds he derived from the commission of the schemes and offenses to which he pled guilty;

WHEREAS, the United States has filed a Motion for Order of Forfeiture consisting of a personal money judgment against the Defendant in the amount of $127,667, which represents the amount of proceeds derived from the commission of the offenses in this case;

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;" and

WHEREAS, the Court has determined, based upon the plea agreement filed on February 1, 2024, plea hearing held February 20, 2024, and defendant's consent to the forfeiture, that the government has established that the amount of $127,667 represents the amount of proceeds derived from the commission of the offense and all relevant conduct.

Accordingly, it is ORDERED, ADJUDGED, and DECREED:

1. That a money judgment in the amount of $127,667 shall be entered against the defendant, TYRUS L. VEALS;

2. That the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $127,667 to satisfy the money judgment in whole or in part;

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

SO ORDERED:

Dated: May 23, 2024

                                      /s/Gretchen S. Lund
                                      Judge
                                      United States District Court